UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JULIAN OKEAYAINNEH** <br> REG. # 20515-112 | : | **DOCKET NO. 19-cv-0150** <br> **SECTION P** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **U.S. DEP'T OF JUSTICE, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation (Record Document 14) of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections and "Motion For A Protective Order To Stay" filed herein (Record Document 16), and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the instant civil rights/FTCA complaint be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B). **IT IS FURTHER ORDERED** that the Plaintiff's "Motion For A Protective Order To Stay" be **DENIED**. The Clerk of Court is instructed to send a copy of this judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers this 12th day of April, 2019.

_____
**JUDGE DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**